IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR153 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAIME RAMOS GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Jaime Ramos Gonzalez's (Gonzalez) motions to continue a hearing (Filing No. 37) and to continue trial (Filing No. 38). On May 17, 2006, Gonzalez was released on various conditions including the requirement he reside at CH, Inc., in Council Bluffs, Iowa, and follow the rules of such facility (Filing No. 20). On May 26, 2006, Gonzalez left CH, Inc., without authorization and absconded from supervision. A warrant for his arrest has been issued, and Gonzalez is now a fugitive.

There is no reason to consider Gonzalez's motions while he remains a fugitive. Essentially, Gonzalez has abandoned his motions to continue under the fugitive disentitlement doctrine. See *Molinaro v. New Jersey*, 396 U.S. 365 (1970); *Wayne v. Wyrick*, 646 F.2d 1268, 1270 (8th Cir. 1981). Accordingly, Gonzalez's motions to continue (Filing Nos. 37 and 38) will be denied without prejudice to reassertion should he again subject himself to the jurisdiction of this court.

**IT IS ORDERED:**

Gonzalez's motions to continue (Filing Nos. 37 and 38) are denied.

DATED this 6th day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge