## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR153 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAIME RAMOS GONZALEZ, | ) | |
| JEREMY JENKINS, | ) | |
| DILLARD HILL and | ) | |
| FELIPE PEDRAZA RUIZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Jaime Ramos Gonzalez (Gonzalez) (Filing No. 52). Gonzalez seeks a continuance of the trial of this matter scheduled for July 10, 2006. The court held a hearing on the motion on June 22, 2006. Counsel for the government has no objection to the motion. On the record, Gonzalez consented to the motion and acknowledged he understood the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted and trial will be continued as to all defendants.

**IT IS ORDERED:**

1. Gonzalez's motion to continue trial (Filing No. 52) is granted.

2. Trial of this matter **as to all defendants** is re-scheduled for **August 1, 2006,** before Judge Laurie Smith Camp and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 22, 2006 and August 1, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of June, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge