**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR153** |
| vs. | ) | |
| | ) | **ORDER** |
| **JAIME RAMOS GONZALEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The defendant has filed a Motion to Continue Trial [62] due to ongoing plea negotiations.  The defendant has already been given an extension of time for this purpose.  Considering the case history, the court believes the parties have been given adequate time to conduct plea negotiations, and the court's calendar cannot accommodate the defendant's request.  Nor has the defendant filed a waiver of speedy trial as required by NECrimR 12.1.  For these reasons,

**IT IS ORDERED** that defendant's motion to continue trial [62] is denied.

**DATED July 21, 2006.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**